IN THE UNITED STATES DISTRICT COURT
For the
DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN GIBBS,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL WESTERN GROUP, LLC,<br><br>    Defendants. | Civil Action No.: 8:16-CV-490 |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

  COMES NOW Plaintiff, Brian Gibbs, and Defendant, Continental Western Insurance Company ("CWIC"), misidentified in Plaintiff's Complaint and Demand for Jury Trial as Continental Western Group, LLC, by and through their attorneys of record and hereby stipulate and move the Court to dismiss this action and all claims that have been or that could have been asserted in this action with prejudice, each party to assume and pay its respective attorney's fees and costs. As grounds, Plaintiff and Defendant state that the claims at issue between them have been compromised and settled to their mutual satisfaction and that a separate Settlement Agreement and Release has been executed for good and sufficient consideration.

  WHEREFORE, the parties request that the Court issue an Order of Dismissal with Prejudice as to this action and all claims that have been or that could have been asserted in this action, each party to bear its own costs and expenses.

Respectfully submitted June 26, 2017.

| | |
|---|---|
| **ATTORNEYS FOR PLAINTIFF BRIAN GIBBS** | **ATTORNEYS FOR DEFENDANT CONTINENTAL WESTERN INSURANCE COMPANY, misidentified as CONTINENTAL WESTERN GROUP, LLC** |
| By: s/Larry E. Bache, Jr.<br>  Larry E. Bache, Jr., Esq.<br>  Merlin Law Group, P.A.<br>  777 South Harbour Island Blvd., #950<br>  Tampa, FL 33602<br>    Phone: (813) 229-1000<br>    Fax: (813) 229-3692<br>    lbache@merlinlawgroup.com | By: *s/John R. Chase*<br>  John R. Chase, *pro hac vice*<br>  Montgomery Amatuzio Chase Bell Jones, LLP<br>  4100 E. Mississippi Avenue, 16th Floor<br>  Denver, Colorado 80246<br>    Phone: (303) 592-6600<br>    Fax: (303) 592-6666<br>    jchase@mac-legal.com |
| *and* | *and* |
| By: s/Matthew P. Saathoff<br>  Matthew P. Saathoff, #24321<br>  The Saathoff Law Group, PC, LLO<br>  14707 California St., Suite 1<br>  Omaha, NE 68154<br>    Phone: (402)333-8488<br>    Fax: (402) 333-8020<br>    matt@saathofflaw.com | By: *s/David D. Ernst*<br>  Pansing Hogan Ernst & Bachman LLP<br>  10250 Regency Circle, Suite 300<br>  Omaha, NE 68114<br>    Phone: (402) 397-5500<br>    Fax: (402) 397-4853<br>    dernst@pheblaw.com |

## CERTIFICATE OF MAILING

I hereby certify that on June 26, 2017, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was served in the manner indicated below and addressed as follows:

*Counsel for Plaintiff:*

Larry E. Bache, Jr., Esq.
Merlin Law Group, P.A.
777 South Harbour Island Blvd., Suite 950
Tampa, FL  33602
lbache@merlinlawgroup.com

☐ Fax  ☐ U.S. Mail  ☐ E-mail  ☒ ECF

*Counsel for Plaintiff:*

Matthew P. Saathoff, #24321
The Saathoff Law Group, PC, LLO
14707 California St., Suite 1
Omaha, NE 68154
402.333.8488
matt@saathofflaw.com

☐ Fax  ☐ U.S. Mail  ☐ E-mail  ☒ ECF

*s/John R. Chase*
[Signature on File:  John R. Chase]